UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br>Plaintiff,<br>v.<br>LA OPINION, L.P.,<br>Defendant. | Case No. 2:25-cv-09486-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. Judgment is ENTERED in favor of Plaintiff Global Weather Productions LLC against Defendant LA OPINION, L.P.;
2. Plaintiff is AWARDED damages against Defendant in the amount of: (1) $90,000 in statutory damages, (2) $5,200 in attorney's fees, and (3) $487 in costs, for a total award of $95,687;
3. The Clerk of Court shall close this case.

DATED: August 31, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE